IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE ESRY,<br>Individually and on Behalf of all Others<br>Similarly Situated | PLAINTIFF |
| vs. No. 4:18-cv-155-DPM | |
| OTB ACQUISITION LLC, d/b/a<br>ON THE BORDER | DEFENDANT |

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as server for Defendant OTB Acquisition LLC, d/b/a On the Border ("Defendant"), within the three years preceding the signing of this document. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid minimum wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:  ASHLEY FOSTER

Date:  July 6, 2018

*/s/ Josh Sanford*
Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACQUELINE ESRY,**                                                                           **PLAINTIFF**
**Individually and on Behalf of all Others**
**Similarly Situated**

vs.                                        No. 4:18-cv-155-DPM

**OTB ACQUISITION LLC, d/b/a**
**ON THE BORDER**                                                                              **DEFENDANT**

### CERTIFICATE OF SERVICE FOR ATTACHED CONSENT(S) TO JOIN

I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the Consent(s) to Join to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

William Stuart Jackson, Esq.
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: 501- 371-0808
Facsimile: 501-376-9442
wjackson@wlj.com

Mitchell L. Fraley, Esq.
SHANKMAN LEONE, P.A.
707 North Franklin Street
Tampa, Florida 33602
Telephone: 813-223-1099
Facsimile: 813-223-1055
mfraley@shankmanleone.com

                                                                        /s/ Josh Sanford
                                                                        **Josh Sanford**