# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JACQUELINE ESRY and ASHLEY FOSTER,
Individually and on Behalf of all Others
Similarly Situated                                        PLAINTIFFS

v.                              No. 4:18-cv-155-DPM

OTB ACQUISITION LLC,
d/b/a On the Border                                      DEFENDANT

## ORDER

Recent developments make a stay prudent, though on different terms than requested. First, there's the Department of Labor's recent opinion letter, № 54-1. The Court would benefit from considering the revised version of the Field Operations Handbook, § 30d00(e), which is apparently in the works. Second, the Supreme Court has taken *Kisor v. Wilkie, Secretary of Veterans Affairs*, 869 F.3d 1360 (Fed. Cir. 2017), *cert. granted*, 2018 WL 6439837 (U.S. Dec. 10, 2018), a case which asks whether *Auer v. Robbins*, 519 U.S. 452 (1997) and *Bowles v. Seminole Rock & Sand Co.*, 325 U.S. 410 (1945) should be overruled. On the Border's argument for ending this case now, based on the Department's about-face interpretation of 29 C.F.R. § 531.56(e), relies on *Auer*. The Court of Appeals held in *Fast v. Applebee's International*, 638 F.3d 872, 877 (8th Cir. 2011) that this regulation was ambiguous. That holding remains good law. The Court of Appeals went on to hold — applying *Auer* —

that the Department's former interpretation of the regulation was entitled to deference because it wasn't clearly erroneous or inconsistent with the regulation itself. 638 F.3d at 880–81. This Court needs the decision in *Kisor* to decide how *Fast*'s second holding applies in the current circumstances. Last, the Department's new interpretation is good cause for amending the Final Scheduling Order and providing Esry and Foster the opportunity to propose a belated amended complaint. *Thompson-El v. Jones*, 876 F.2d 66, 67 (8th Cir. 1989).

On the Border's motion for judgment on the pleadings and to decertify, № 54, is denied without prejudice. The joint motion to stay, № 61, is granted as modified and with instructions. The Final Scheduling Order, № 18, is suspended. The case is stayed until 5 July 2019. Esry and Foster must notify the Court when the Department updates the Handbook. And they must move to amend, using the protocol in № 18, and brief the *Kisor* issues by 26 July 2019.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 January 2019