IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACQUELINE ESRY and ASHLEY FOSTER,
Individually and on Behalf of all Others
Similarly Situated                                                          PLAINTIFFS

v.                              No. 4:18-cv-155-DPM

OTB ACQUISITION LLC,
d/b/a On the Border                                                          DEFENDANT

## ORDER

1. The Court appreciates the joint report, *Doc. 97*, and confirmation that the settlement agreement's confidentiality provision won't bar group counsel from discussing all settlement details with all collective action members. The joint motion, *Doc. 94*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. And the attorney's fee was negotiated separately. The Court reads all references in the settlement document to the "class" as the "collective action" or "group".

2. For purposes of settlement, the Court converts the conditionally certified collective action into a finally certified group.

> All servers who, between 10 August 2015 and 10 August 2018, were tipped employees of Defendant at any of these three Arkansas locations: 11721 Chenal Parkway in Little Rock; 6000 Warden Road in Sherwood; or 1150 S. Amity Road in Conway.

The group members are listed in Exhibit A to the Settlement Agreement. *Doc. 94-2*. The Court directs the parties to administer their settlement as contemplated in their agreement.

**3.** The Court will dismiss the complaint with prejudice and retain jurisdiction until the end of 2021 to enforce the settlement. Final report on settlement administration due by 19 November 2021.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2021