IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACQUELINE ESRY and ASHLEY FOSTER,
Individually and on Behalf of all Others
Similarly Situated                                                                    PLAINTIFFS

v.                                      No. 4:18-cv-155-DPM

OTB ACQUISITION LLC,
d/b/a On the Border                                                                    DEFENDANT

## JUDGMENT

Esry and Foster's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 December 2021 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 January 2021